UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 4:07cr27-DCB-LRA

RICHARD ALLEN OLIVER

### ORDER GRANTING MOTION FOR CONTINUANCE

This cause comes on for consideration on the motion of the defendant, Richard Allen Oliver, to continue the trial on the merits because of health issues of the defendant's attorney. The government has indicated that it has no objection to the continuance.

THEREFORE, the Court is of the opinion and so finds that the defendant's request for a continuance of this matter and defendant's request for waiver to time limitations under the Speedy Trial Act should be granted; that the ends of justice served by granting a continuance herein outweigh the best interest of the public and the defendant in a speedy trial and failure to grant the continuance would result in a miscarriage of justice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant's Motion to Continue this matter for trial and the defendant's request to waive the provisions of the Speedy Trial Act, be and hereby are granted.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), all time from the date of this order until the continued date for the trial of this matter be excluded in the interest of justice from the time within which the trial is scheduled, the Court having found that granting of such continuance best serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the trial of this matter is reset for the ___9th___ day of ___June___, 2009 at 9:00 a.m. at the Federal Courthouse in Natchez, Mississippi

SO ORDERED, this the ___6th___ day of April, 2009.

    ___s/ David Bramlette___
    U.S. DISTRICT COURT JUDGE