IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07cr27DCB-LRA

RICHARD ALLEN OLIVER

**ORDER GRANTING MOTION TO BIFURCATE
GUILT AND FORFEITURE ISSUES AT TRIAL**

This matter comes before the Court on motion by the government to bifurcate the issues of guilt and forfeiture at the trial of this matter. After considering said motion, the Court finds as follows:

1. Bifurcating the issues of guilt and forfeiture at the trial of this matter will make trial of the issues simpler on the part of the jury in its deliberations during the guilt phase of the case.

2. Bifurcation will also avoid any potential problems related to the defendant's desire, if any, to testify regarding the forfeiture issue without waiving his right to testify during the guilt phase of the trial.

3. The Court also finds that bifurcating the issues of guilt and forfeiture would not prejudice the defendant in any manner;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the issues of guilt and forfeiture will be bifurcated during the trial of Richard Allen Oliver.

SO ORDERED, ADJUDGED, AND DECREED this ___3rd___ day of June 2009.

                                                                         ____s/ David Bramlette____
                                                                          UNITED STATES DISTRICT JUDGE