

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                CRIMINAL NO. 4:07cr27-DCB-LRA

RICHARD ALLEN OLIVER

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Richard Allen Oliver**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interest in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant acknowledges that he possessed the property described below in violation of Title 18, United States Code, Section 922(g)(9) as set forth in Count 1 of the Indictment (possession of a firearm after a conviction for domestic violence), a crime punishable by more than one year's imprisonment. Said property was therefore involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g)(9) and is therefore subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interest of the defendant, **Richard Allen Oliver,** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

## PERSONAL PROPERTY

(1) One Hi-Point Model C 9, 9 millimeter, Serial Number P229681

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting for publication to the United States Marshal and/or the Department of the Treasury, the proper notice issued by the Clerk, and the United States Marshal and/or the Department of the Treasury shall cause such notice to be published on an official government internet forfeiture website (www.forfeiture.gov).

3. Further, pending completion of said ancillary proceeding or further order of the Court, the Marshal, the Department of the Treasury, or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant, **Richard Allen Oliver,** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 5th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Jerry L. Rushing, Assistant U.S. Attorney

_____
Richard Allen Oliver, Defendant

_____
Charles E. Miller, Esq.
Attorney for Richard Allen Oliver