IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07cr27DCB-LRA

RICHARD ALLEN OLIVER

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 12, 2009, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant, Richard Allen Oliver, to forfeit:

**One (1) Hi-Point Model C9, 9millimeter, serial number P229681**

(the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court, within sixty (60) days from the first day of publication of the Notice of Forfeiture on the government internet site, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant, Richard Allen Oliver, had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. §924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**One (1) Hi-Point Model C9, 9millimeter, serial number P229681**

is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. §924(d) and Title 28 U. S. C. §2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 1st day of December, 2009.

s/David Bramlette<br>
UNITED STATES DISTRICT JUDGE